## Herrick v. Bunting.

Practice.—Supreme Court.—The court refused to consider the errors assigned because they related to matter which would have been ground for a new trial below, and the action of the court in overruling the motion for a new trial was not assigned for error.

APPEAL from the *Porter* Common Pleas.

Elliott, J.—The errors assigned in this case relate exclusively to matters properly presented as causes for a new

trial.   A motion for a new trial was made and overruled, but that ruling is not assigned as error.   The questions discussed by the appellant's counsel are therefore not properly before us, and hence we cannot pass upon them.

The judgment is affirmed, with costs.

J. E. McDonald, A. L. Roache, T. J. Merrifield and W. H. Calkins, for appellant.

S. I. Anthony, F. Church, S. E. Perkins, L. Jordan and S. E. Perkins, jr., for appellee.